MAY 13, 1957.

No. 622, Misc. IN RE PATTERSON. *Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the Supreme Court of Oregon is vacated and the case is remanded for reconsideration in light of *Konigsberg* v. *State Bar of California,* 353 U. S. 252, and

*Schware* v. *Board of Bar Examiners of New Mexico,* 353 U. S. 232. See also *Brinkerhoff-Faris Co.* v. *Hill,* 281 U. S. 673.

*Charles Allan Hart, Jr.* and *R. W. Nahstoll* for petitioner. *Hugh L. Biggs* and *Cleveland C. Cory* for the Oregon State Bar and Public, respondent. ▆▆▆▆